UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                     Case No. 13 B 21817

      Joann Lee


           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 05/24/2013.

    2) The plan was confirmed on 08/05/2013.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/05/2013.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Converted on 03/19/2014.

    6) Number of months from filing to last payment: 10.

    7) Number of months case was pending: 11.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,890.00 |
| Less amount refunded to debtor | $45.00 |

**NET RECEIPTS:** $1,845.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,769.49 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $75.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,845.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Payday loans | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Affinity Cash Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| America S Financial Choice | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| America's Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 2,053.00 | 1,687.14 | 1,687.14 | 0.00 | 0.00 |
| Ameritech | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America, N.A. | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Cash In A Wink | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Cash Lenders | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CashNetUSA.com | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 677.00 | 379.49 | 379.49 | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 500.00 | 499.43 | 499.43 | 0.00 | 0.00 |
| CMK Investments Inc dba All Credit Lend | Unsecured | 0.00 | 959.00 | 959.00 | 0.00 | 0.00 |
| ColorTyme Rent | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| Comed Residential R | Unsecured | 1,986.00 | NA | NA | 0.00 | 0.00 |
| Credit Lenders | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection SE | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DS Waters OF America INC | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Financial Choice | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| First Choice Loans #102 | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Svcs DBA USA Webca: | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| International Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| IQ Telecom | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| JHS Marketing | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 500.00 | 2,568.72 | 2,568.72 | 0.00 | 0.00 |
| Magnum Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MBB | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| National Quik Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 500.00 | 539.37 | 539.37 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| Payday Slash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,500.00 | 1,851.23 | 1,851.23 | 0.00 | 0.00 |
| PLS Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| QC - QUIK CASH | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 820.00 | 820.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 400.00 | 400.00 | 0.00 | 0.00 |
| Recovery Partners LLC | Unsecured | 60.00 | 60.00 | 60.00 | 0.00 | 0.00 |
| Sagamore Loans | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SBC Illinois | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 1,000.00 | 657.68 | 657.68 | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,000.00 | 1,195.00 | 1,195.00 | 0.00 | 0.00 |
| Star Cash Processing | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 1,398.52 | 1,398.52 | 0.00 | 0.00 |
| US Cellular | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,015.58** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,845.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,845.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/04/2014                By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.